# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 16, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711


      Re: Robert Lynn Pruett
          v. Texas
          No. 14-8837
          (Your No. WR-62, 09902)


Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on March 10, 2015 and placed on the docket March 16, 2015 as No. 14-8837.


                  Sincerely,

                  Scott S. Harris, Clerk

                  by

                  Redmond K. Barnes
                  Case Analyst


RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk